# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

MINUTES OF CIVIL TRIAL
Jury Trial

Presiding Judicial Official : Honorable Catherine D. Perry      Date: June 19, 2019    Trial Day: Three

Case Number :           4:16CV207 CDP
Case Style:             Jeanette McKee et al. v. Michael Reuter et al.
Court Reporter:         Gayle Madden          Clerk: Carol Long

Attorney for Plaintiffs:         David Duree

Attorneys for Defendants:        Henry Luepke, John Taylor

Plaintiff's evidence continued and concluded.

Defendant Scrivner submits Motion for Directed Verdict on the claim of Jeanette McKee in Count One of the Amended Complaint.   Motion is Denied.

Defendant Reuter submits Motion for Directed Verdict on the claim of Sharon Rebecca "Beckie" Hickman in Count III of the Amended Complaint.   Motion is Denied.

Defendant's evidence commenced and concluded.

No rebuttal evidence is presented.

Both Defendants renew their previously denied Motions for Directed Verdicts.

Defendant Reuter submits Motion for Directed Verdict against Jeanette McKee at the close of all evidence.

Motions are Denied.

Proceedings Commenced : 9:02 a.m. – 12:55 p.m.      Proceedings Concluded : 2:00 p.m. – 4:35 p.m.

Proceedings to continue June 20, 2019 at 9:00 a.m.