# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

<u>MINUTES OF CIVIL TRIAL</u>
Jury Trial

Presiding Judicial Official : Honorable Catherine D. Perry    Date: June 20, 2019   Trial Day: Four

Case Number :         4:16CV207 CDP
Case Style:           Jeanette McKee et al. v. Michael Reuter et al.
Court Reporter:       Gayle Madden         Clerk: Carol Long

Attorney for Plaintiffs:      David Duree

Attorneys for Defendants:     Henry Luepke, John Taylor


Closing Arguments of Counsel made.

Jury is charged and retires to consider its verdict at 10:55 a.m.

Verdict returned at 2:33 p.m.

The Jury is polled on motion of Defendants.

Verdict is unanimous .

Judgment is entered accordingly this date.

Proceedings Commenced: 9:15 a.m. – 10:55 a.m.   Proceedings Concluded: 2:45 p.m. – 2:56 p.m.