UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEANETTE MCKEE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:16 CV 207 CDP |
| MICHAEL REUTER, et al., | ) |
| Defendants. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the jury in this cause be kept together during deliberations and the jury meals shall be furnished at the expense of the United States District Court.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of June, 2019.