UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JEANETTE MCKEE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-00207-CDP |
| | ) | |
| MICHAEL REUTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT IN A CIVIL CASE

☒    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED that in accordance with the Memorandum and Order issued on November 17, 2016, Counts I and II of the Amended Complaint are dismissed against Defendants Jefferson County and Renee Reuter.  IT IS FURTHER ORDERED AND ADJUDGED that in accordance with the Memorandum and Order issued on September 5, 2017, Defendants Michael Reuter and Christy Scrivner shall have judgment on Susan Hickman's claims in Count II; Defendants Christy Scrivner and Teresa Cusick shall have judgment based on qualified immunity on the claims of Sharon Rebecca Hickman contained in Count III.  IT IS FURTHER ORDERED AND ADJUDGED in accordance with the Jury's verdict on June 20, 2019, Jeanette McKee shall have judgment against Michael Reuter on Count I of the Amended Complaint.  Jeanette McKee shall recover from Michael Reuter actual damages in the amount of $25,000 and punitive damages in the amount of $200,000. Christy Scrivner shall have judgment against Jeanette McKee on Count I of the Amended Complaint, and Michael Reuter shall have judgment against Sharon Rebecca Hickman on Count III of the Amended Complaint.

Michael Reuter shall bear all taxable costs of this action in regards to Plaintiff Jeanette McKee only.  Each party shall bear its remaining costs of this action.

| | |
|---|---|
| June 20, 2019 | *Gregory J. Linhares*                    / |
| Date | Clerk of Court |
| | |
| | By:   /s/ Carol Long           / |
| | CAROL LONG |
| | Deputy Clerk |